CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 1 2 2017

JULIA C. DUDLEY, CLERK
BY: H McDonead
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 4:06cr00021 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TIMOTHY NEAL WRIGHT, | ) | By: Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The government's motion to dismiss (Docket No. 76) is **GRANTED**;

(2) Wright's motion pursuant to 28 U.S.C. § 2255 (Docket No. 59) and amended motion (Docket No. 64) are **DISMISSED**;

(3) A certificate of appealability is **DENIED**; and

(4) This action is **STRICKEN** from the active docket of this court. The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 12th day of January, 2017.

Senior United States District Judge